Law Office of
# PETER E. TORRES
Attorney & Counselor at Law
Admitted in NY, NJ & PA

| Mail All Correspondence to: | Appointments at: |
|---|---|
| Post Office Box 1613 | 112 East 23rd Street, Suite 500 |
| New York, New York 10159-1613 | New York, New York 10010 |

Telephone   : 1-917-312-3169
Telecopier  : 1-212-473-7864
E-Mail      : Pete2T @ Aol.Com

August 23, 2008

Attn: Honorable Naomi Reice Buchwald U.S. District Court Judge
U.S. District Court Southern District
500 Pearl Street
New York, NY 10007

Re:   **Zareian v. Mukasey, et. al**
      **Docket No. 08 Cir 5676**

Dear Judge Buchwald,

I am the attorney for the plaintiff Ehsan Zareian. I would like to voluntarily withdraw the Complaint in the above captioned case. Plaintiff has been scheduled for Naturalization Oath Ceremony for August 29, 2008.

Respectfully submitted,

/S/

Peter E. Torres Esquire