Law Office of
# PETER E. TORRES
Attorney & Counselor at Law
Admitted in NY, NJ & PA



MEMO ENDORSED

---

| Mail All Correspondence to: | Appointments at: |
|---|---|
| Post Office Box 1613 | 112 East 23rd Street, Suite 500 |
| New York, New York 10159-1613 | New York, New York 10010 |

Telephone  : 1-917-312-3169
Telecopier : 1-212-473-7864
E-Mail      : Pete2T @ Aol.Com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08

August 23, 2008

Attn: Honorable Naomi Reice Buchwald U.S. District Court Judge
U.S. District Court Southern District
500 Pearl Street
New York, NY 10007

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD

AUG 27 2008

UNITED STATES DISTRICT JUDGE

Re:  **Zareian v. Mukasey, et. al**
     Docket No. 08 Cir 5676

Dear Judge Buchwald,

I am the attorney for the plaintiff Ehsan Zareian. I would like to voluntarily withdraw the Complaint in the above captioned case. Plaintiff has been scheduled for Naturalization Oath Ceremony for August 29, 2008.

Respectfully submitted,

/S/
Peter E. Torres Esquire

Complaint voluntarily withdrawn and the action is dismissed. All pending motions are moot.

SO ORDERED
[signature] USDJ
8-27-08